ACCEPTED
01-15-00842-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 3:18:40 PM
CHRISTOPHER PRINE
CLERK

# PORTER
# HEDGES LLP

**Kyle C. Reeb**
Partner
(713) 226-6625 Phone
(713) 226-6225 Fax
kreeb@porterhedges.com

1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 TEL
(713) 228-1331 FAX
porterhedges.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 3:18:40 PM
CHRISTOPHER A. PRINE
Clerk          13329-24

Novembr 2, 2015

Texas Court of Appeals
First Court of Appeals Clerk
1910 Courthouse
301 Fannin
Houston, TX 77002

Re:     Case No. 01-15-00842-CV; Guam Industrial Services, Inc., d/b/a Guam Shipyard vs. Dresser-Rand Company

Dear Clerk:

I represent Dresser-Rand Company in the above-entitled matter. Please be advised that I will be out of state on vacation from **May 26 – 31, 2016**. Therefore, I respectfully request that any matters in need of scheduling in the above-referenced cause not be set by the Court during my absence.

By copy of this correspondence, I am notifying all counsel of record in this matter of my vacation schedule and request that counsel refrain from scheduling any depositions, hearings, etc., during my absence.

Thank you for your attention to this matter.

Very truly yours,

Kyle C. Reeb

KCR/nml
cc via email, fax
reg & CMRRR:
Fred Dietrich, Esq.
The Dietrich Law Firm
2211 Norfolk Street, Suite 620
Houston, Texas 77098
Fax: 713-893-6044
fdietrich@dietrich-law.com

5152774v1